# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ZAK SHAIK and BAARI ARDMORE HOUSING LLC,** | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-24-256-RAW-GLJ ) |
| **DAVID G. MORDY, et al.,** | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the objection of the plaintiff to the Report and Recommendation of the United States Magistrate Judge. It recommended that plaintiff's *in forma pauperis* status, previously granted (#5) be revoked.

The proceedings in this case largely mirror those in 24-cv-252-RAW, which the undersigned addressed in a contemporaneous order. The undersigned incorporates that order by reference in denying plaintiff's objection and affirming the Magistrate Judge.

It is the order of the court that the objection of the plaintiff (#29) is hereby denied. The Report and Recommendation (#28) is affirmed and adopted as the order of the court. Plaintiff's previously-granted (#5) *in forma pauperis* status is revoked. Plaintiff is granted fourteen (14) days from the date of this order to pay the full filing fee in this action. If plaintiff fails to timely pay the full filing fee in this action, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 20th day of DECEMBER, 2024.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**